UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Mueller,<br><br>     Plaintiff,<br><br>     vs.<br><br>Transworld Systems, Inc.; and DOES 1-10, inclusive,<br><br>     Defendants. | Case No.: 3:10-cv-04594-JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Plaintiff's request, for good cause shown, the Case Management Conference is continued to May 6, 2011 at 1:30 p.m. in Courtroom 11.

IT IS SO ORDERED

Dated: January 17, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE