IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM MUELLER,

    Plaintiff,                                     No. C 10-04594 JSW

v.

TRANSWORLD SYSTEMS, INC.,            **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    Defendant.

      The parties have filed a notice of settlement stating their expectation that a stipulation of dismissal of the action with prejudice will be filed within 30 days. (Doc. no. 17.) To allow the parties time to file a stipulation of dismissal, the case management conference currently set for May 6, 2011, is hereby CONTINUED to June 17, 2011 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: March 23, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE