UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Mueller, | Case No. 3:10-cv-04594-JSW |
| Plaintiff, | [~~PROPOSE~~D] ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| Transworld Systems Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 14, 2011

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE